Attachment #1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
|  | ) | CASE NO. |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Judge John R. Adams |
|  | ) |  |
|  | ) | REPORT OF PARTIES' PLANNING |
|  | ) | MEETING UNDER FED. R. CIV. |
| Defendant. | ) | P. 26(f) AND LR 16.3(b)(3) |

1.      Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on (**MM/DD/YYYY**) and was attended by:

_____ counsel for plaintiff(s)          _____

_____ counsel for plaintiff(s)          _____

_____ counsel for defendant(s)          _____

_____ counsel for defendant(s)          _____

2.      The parties:

\_\_      have not been required to make initial disclosures.

\_\_      have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

-1-

3.      The parties recommend the following track:

        ___     Expedited                   ___     Standard

___     Administrative              ___     Complex

        ___     Mass Tort


4.      This case is suitable for one or more of the following Alternative Dispute
Resolution ("ADR") mechanisms:

        ___             Early Neutral Evaluation

        ___             Mediation

        ___             Arbitration

        ___             Summary Jury Trial

        ___             Summary Bench Trial

        ___             Case not suitable for ADR


5.      The parties ____do/____do not consent to the jurisdiction of the United
States Magistrate Judge pursuant to 28 U.S.C. § 636(c).


6.      Recommended Discovery Plan:


(a) Describe the subjects on which discovery is to be sought and the nature and
extent of discovery.

_____

_____

_____

_____

_____

_____

(b) Discovery cut-off date: _____

7.      Recommended dispositive motion date: _____

8.      Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

9.      Recommended date for a Status Hearing: _____

10.      Other matters for the attention of the Court:

_____

_____

_____

_____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Defendant(s) _____

_____

Attorney for Defendant(s) _____